## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PURDUE NEUROSCIENCE COMPANY,<br><br><br>Plaintiff,<br><br>v.<br><br>NEWRON PHARMACEUTICALS, S.p.A.,<br><br><br>Defendant. | Civil Action No.:  1:07-cv-00487<br><br>Judge:  Royce C. Lamberth |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Purdue Neuroscience Company

("Purdue"), by its counsel, hereby respectfully dismisses the above-captioned action with

prejudice.

**RECEIVED**

JUL 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STERNE, KESSLER, GOLDSTEIN & FOX PLLC

By: _Mark Fox Evens_

Mark Fox Evens (D.C. Bar No. 343723)
1100 New York Ave., N.W.
Washington, DC  20005-3934
Tel: (202) 371-2600

*Attorneys for Plaintiff*
*Purdue Neuroscience Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff

Purdue Neuroscience Company's **Notice Of Dismissal With Prejudice** was served this date on

Defendant Newron Pharmaceuticals, S.p.A., via First Class International Mail:

NEWRON PHARMACEUTICALS, S.p.A.
Via R, Lepetit 34
I-21040 Gerenzano, Italy

July 25, 2007

Gena N. Collins