**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PURDUE NEUROSCIENCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>NEWRON PHARMACEUTICALS, S.p.A.,<br><br>Defendant. | Civil Action No.: 1:07-cv-00487<br><br>Judge: Royce C. Lamberth |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Purdue Neuroscience Company ("Purdue"), by its counsel, hereby respectfully dismisses the above-captioned action with prejudice.

STERNE, KESSLER, GOLDSTEIN & FOX PLLC

By: [signature]

Mark Fox Evens (D.C. Bar No. 343723)
1100 New York Ave., N.W.
Washington, DC 20005-3934
Tel: (202) 371-2600

*Attorneys for Plaintiff*
*Purdue Neuroscience Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff Purdue Neuroscience Company's **Notice Of Dismissal With Prejudice** was served this date on Defendant Newron Pharmaceuticals, S.p.A., via First Class International Mail:

NEWRON PHARMACEUTICALS, S.p.A.
Via R, Lepetit 34
I-21040 Gerenzano, Italy

July 27, 2007

Gena N. Collins
Gena N. Collins